

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00645-CR

Robert Allen **NEELY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7454
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

On July 29, 2015, the trial court denied appellant's motion to suppress. Thereafter, he filed a pro se document with the district clerk, which the district clerk interpreted as a notice of appeal from the trial court's denial of appellant's motion to suppress.[1] The district clerk then forwarded the clerk's record, which included the "notice of appeal," to this court. However, there has been no judgment rendered in this case, and a defendant may not appeal an interlocutory order denying a motion to suppress. *See Dahlem v. State*, 322 S.W.3d 685, 690 (Tex. App.—Fort Worth 2010, pet. ref'd). Accordingly, we **ORDER** appellant to file a written response in this court on or before **November 11, 2015** showing cause why this court should not dismiss the appeal for want of jurisdiction.

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, the court reporter, and all counsel.

_____
Marialyn Barnard, Justice

---

[1] The document filed by the pro se defendant is actually a request for a *Jackson v. Denno* hearing to challenge the voluntariness of his confession. Admittedly, at the top of the document, the pro se included the handwritten words, "Appeal [sic] To," but the substance of the document, which controls, makes it clear this is not a notice of appeal from either a final judgment or a ruling on the motion to suppress.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.



Keith E. Hottle
Clerk of Court